SEALED

ORDERED UNSEALED on 06/12/2024 s/ Alexandra

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALBERTO RIVERA,<br>Defendant. | Case No.: '24 MJ1866 MMP<br>COMPLAINT FOR VIOLATION OF:<br>Title 21, U.S.C., Sec. 841(a)(1) – Possession with Intent to Distribute Methamphetamine; and<br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about November 2, 2023, within the Southern District of California, defendant Alberto RIVERA, did knowingly and intentionally possess, with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

//

//

//

//

COUNT TWO

On or about March 22, 2024, within the Southern District of California, defendant Alberto RIVERA knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a .22 caliber Ruger handgun bearing serial number 380530771; in violation of Title 18, United States Code, Section 922(g)(1).

ERICA BAASTEN
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 10th day of May 2024.

HON. MICHELLE M. PETTIT
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On March 22, 2024 at approximately 3:50 p.m., patrolling Officers with the San Diego County Sheriff's Department observed a Toyota Scion bearing California license plate 5JTS012 traveling near the area of S. Melrose Drive and Hacienda Drive in Vista, which is within the Southern District of California. Police observed the Toyota's registration was expired as of July 2023, in violation of California Vehicle Code §4000. Police also observed the Toyota's windows were heavily tinted, in violation of California Vehicle Code §26708. The Toyota was known by police to be driven by Alberto RIVERA and RIVERA was known to flee from law enforcement. Police also knew RIVERA to be on high risk probation with an active fourth waiver.

Police initiated a traffic stop of the Toyota based on the vehicle code violations. The Toyota yielded to police and stopped in a grocery store parking lot. RIVERA was the sole occupant of the Toyota. As police approached the Toyota, RIVERA immediately exited the Toyota and placed his hands behind his back. After RIVERA's probation status and fourth waiver were confirmed with a records check, police searched RIVERA based on the fourth waiver and no illegal items were found on his person.

A search of the Toyota – as also permitted and authorized by RIVERA's fourth amendment waiver – revealed a .22 caliber Ruger firearm bearing serial number 380530771 loaded with a magazine containing approximately 8 rounds of .22 caliber ammunition and one round in the chamber, an additional ammunition magazine loaded with approximately 7 rounds of .22 caliber ammunition, approximately 9.11 grams of a substance that tested presumptive positive for the presence of methamphetamine, multiple plastic baggies, a scale, and $1,320 in cash. These items were concealed in hidden compartments within the Toyota, including a compartment behind the radio and another compartment within the Toyota's gear shift area.

//

//

//

Records checks on RIVERA revealed the following relevant criminal history:

| Conviction Date | Court of Conviction | Charge | Imprisonment |
|---|---|---|---|
| 3/18/2019 | CASC – Vista | Cal. P.C. §496d – Receiving Stolen Property (Felony) | 8 Months Jail |
| 3/18/2019 | CASC – Vista | Cal. V.C. §2800.2 – Evading Peace Officer (Felony) | 2 Years Prison |
| 5/4/2022 | CASC – Vista | Cal. P.C. §29800(A)(1) – Felon in Possession of a Firearm (Felony) | 8 Months Jail |
| 5/4/2022 | CASC – Vista | Cal. P.C. §4573.6 – Possess Controlled Substance in Prison (Felony) | 4 Years Prison |

The Ruger firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.

Based on my training and experience, the amount of methamphetamine seized from RIVERA during the traffic stop is a distributable quantity. This conclusion is based upon a review of the totality of the evidence seized, which includes RIVERA's possession of a large quantity of cash along with drug distribution paraphernalia such as a scale and small plastic baggies, which is consistent with distribution of controlled substances in smaller quantities using those tools and receiving cash proceeds in return.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact

on this continuing investigation.